<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK AMATO, | |
| Plaintiff, | Civil Action No. 06-3161(SDW) |
| v. | |
| WAYNE SMITH, RICHARD KLEMENTOVICH, AUDREY COOLEY, CLIFTON CITY, AND PATERSON CITY, | **ORDER** |
| | April 9, 2008 |
| Defendants. | |

**WIGENTON, District Judge**

    This matter comes before the Court on a Motion to Dismiss,[1] pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendant the Honorable Ronald G. Marmo. For the reasons stated in the Opinion dated April 9, 2008, the Motion is granted and all claims against Judge Marmo are dismissed with prejudice, including the claims filed under docket entry #121.

    **SO ORDERED**.

                               **S/Susan D. Wigenton, U.S.D.J.**

cc: Judge Madeline Cox Arleo, U.S.M.J.

---

[1] This Motion appears at docket entry #118.